# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,          Civil Action No.: 5:07-CV-0965/FJS-DEP

v.

JAMES J. VEZZOSE,

                Defendant.

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**JAN 2 9 2008**
AT ____ O'CLOCK ____
Lawrence K. Baerman, Clerk - Syracuse

## JUDGMENT ON FAILURE TO ANSWER

The United States Marshal having filed due proof of the service of the Summons and Complaint in this action upon the defendant, JAMES J. VEZZOSE, more than 20 days since, exclusive of the day of service, and by the affidavit of William H. Pease, Assistant United States Attorney, on behalf of GLENN T. SUDDABY, United States Attorney, Northern District of New York, Plaintiff's attorney, verified the 15th day of January, 2008, that the said defendant has not appeared in this action in any manner,

NOW, on MOTION of GLENN T. SUDDABY, United States Attorney, by William H. Pease, of counsel, the plaintiff's attorney, it is hereby adjudged that the United States of America, the plaintiff, whose address is c/o United States Attorney, P.O. Box 7198, 900 Federal Building, Syracuse, New York 13261-7198, recover of JAMES J. VEZZOSE, defendant, who resides at: 215 Stock Road, Hannibal, New York 13074, damages in the total amount of $6,756.83, plus pre-judgment interest at the daily rate of $1.13 from January 15, 2008, to the date of judgment, together with a $350.00 **court filing fee** pursuant to 28 U.S.C. 2412(a)(2); and have execution therefor.

                                              LAWRENCE K. BAERMAN, CLERK

                      By: _____
                             Deputy Clerk

                             1/29/2008